IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BEVERLY LIPSEY,                )<br>                                             )<br>                    Plaintiff,      )<br>v.                                         )     Case No. 07-2279-KHV-KGS<br>                                             )<br>CESSNA AIRCRAFT COMPANY, )<br>                                             )<br>                    Defendant.   ) | |

### **STIPULATION AND ORDER OF DISMISSAL**

On this 12th day of September, 2008, this matter comes before the Court by agreement of all parties. Plaintiff appears by and through her counsel of record, Uzo L. Ohaebosim of The Law Offices of Uzo L. Ohaebosim, and defendant Cessna Aircraft Company appears by and through its counsel of record, Stephanie N. Scheck of Stinson Morrison Hecker LLP.

WHEREUPON, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action stipulate that plaintiff desires to dismiss her claims against defendant Cessna Aircraft Company with prejudice.

WHEREUPON, having reviewed and examined the record and having been fully advised of the premises herein, the Court finds that this case should be dismissed with prejudice against defendant Cessna Aircraft Company.

IT IS THEREFORE ORDERED that Civil Action No. 07-2279-KHV-KGS is dismissed with prejudice against defendant Cessna Aircraft Company and that each party shall bear their own costs, including attorney fees.

IT IS SO ORDERED.

                    s/ Kathryn H. Vratil
                    Kathryn H. Vratil
                    U.S. DISTRICT COURT JUDGE

APPROVED BY:

s/Uzo L. Ohaebosim
Uzo L. Ohaebosim      (#20983)
The Law Offices of Uzo L. Ohaebosim
510 N. Topeka
Wichita, Kansas 67203
(316) 261-5400
(316) 261-5404 FAX
u.ohaebosim@swolawfirm.com
l.williamson@swolawfirm.com

*Attorneys for Plaintiff*

s/Stephanie N. Scheck
Stephanie N. Scheck      (#17641)
Alisa Nickel Ehrlich      (#17096)
STINSON MORRISON HECKER LLP
1625 N. Waterfront Pkwy, Suite 300
Wichita, KS 67206-6602
Telephone    (316) 265-8800
Facsimile    (316) 265-1349

*Attorneys for Defendant Cessna Aircraft Company*